No. A–498. EDMOND ET AL. v. NELSON, COMMISSIONER, UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE, ET AL. Application for stay of deportation, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–519. SOUTHEAST VOLUSIA HOSPITAL DISTRICT ET AL. v. FLORIDA PATIENT'S COMPENSATION FUND ET AL. Sup. Ct. Fla. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–367. IN RE DISBARMENT OF TREUBER. Disbarment entered. [For earlier order herein, see ante, p. 911.]

No. D–372. IN RE DISBARMENT OF CHAGRA. Disbarment entered. [For earlier order herein, see ante, p. 912.]

No. D–375. IN RE DISBARMENT OF ITALIANO. Disbarment entered. [For earlier order herein, see ante, p. 926.]

No. D–380. IN RE DISBARMENT OF DESMOND. Disbarment entered. [For earlier order herein, see ante, p. 927.]

No. D–391. IN RE DISBARMENT OF DROBNY. It is ordered that Irving M. Drobny, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–392. IN RE DISBARMENT OF SINEMA. It is ordered that Dan Alan Sinema, of Tucson, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–393. IN RE DISBARMENT OF MOUSHEY. It is ordered that Charles L. Moushey, of Alliance, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–394. IN RE DISBARMENT OF SCHLESINGER. It is ordered that Arnold Schlesinger, of Beverly Hills, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.